UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>BENJAMIN DAVID BRASHAN<br><br>Debtor. | CASE NO. 2:26-cv-03667-JHC<br><br>Bankruptcy No. 25−11673−CMA<br><br>ORDER TO SHOW CAUSE |
| BENJAMIN DAVID BRASHAN,<br><br>Defendant/Appellant,<br><br>v.<br><br>CARDTAP INC,<br><br>Plaintiff/Appellee. | |

This matter comes before the Court on a Notice of Deficient Appeal. Dkt. # 6. The Court ORDERS Appellant Benjamin David Brashan to SHOW CAUSE on or before November 24, 2026, why this matter should not be dismissed without prejudice due to the deficiencies identified in the Notice.

//

//

//

//

Dated this 10th day of November, 2026.

John H. Chun
United States District Judge