UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>BENJAMIN DAVID BRASHAN<br><br>Debtor. | CASE NO. 2:26-cv-03667-JHC<br><br>Bankruptcy No. 25−11673−CMA<br><br>ORDER |
| BENJAMIN DAVID BRASHAN,<br><br>Defendant/Appellant,<br><br>v.<br><br>CARDTAP INC,<br><br>Plaintiff/Appellee. | |

This matter comes before the Court on the Order to Show Cause at Dkt. 7. Because Appellant has not filed a timely response thereto, the Court DISMISSES this matter without prejudice. The Clerk is directed to close the case and transmit a copy of this Order to the Bankruptcy Court.

//

//

Dated this 25th day of November, 2026.

John H. Chun
United States District Judge